1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
5       450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102
6       Telephone: (415) 436-7200
        Fax:  (415) 436-7234
7       E-Mail: kevin.barry@usdoj.gov

8   Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,          )    No.  CR 10-0328 JSW
13                                      )
              Plaintiff,                )
14                                      )    [PROPOSED] ORDER STAYING
         v.                             )    ORDER GRANTING RELEASE OF
15                                      )    DEFENDANT
    LAMART NICHOLSON,                   )     AND SETTING HEARING
16                                      )
              Defendant.                )
17   _____)

18

19          For good cause shown, the United States' application for a stay of Magistrate Judge

20   Joseph Spero's order conditionally granting release to defendant Lamart Nicholson in the above-

21   entitled case is GRANTED.  Said order is STAYED pending resolution of the government's

22   petition for revocation of the order before this Court or the duty District Court in this Court's

23   absence.  It is further ORDERED that defendant Lamart Nicholson is to remain in the custody of

24   the United States Marshals Service until further order of this Court or the duty District Court.

25    The parties shall appear at 11:00 a.m. on May 12, 2010 to address whether the stay should be continued
      pending a hearing on the Government's motion and to set a briefing schedule and hearing date.
26   DATED: May 11  , 2010

27                                      _____
                                        HONORABLE JEFFREY S. WHITE
28                                      United States District Judge


    [PROPOSED] ORDER STAYING ORDER GRANTING RELEASE OF DEFENDANT
    CR 10-0328 JSW