BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant NICHOLSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-328 JSW (JCS) |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO SELF-SURRENDER |
| v. ) | |
| ) | |
| ) | |
| LAMART NICHOLSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Lamart Nicholson is currently on pretrial release. He is scheduled to plead guilty pursuant to a plea agreement on Thursday, February 3, 2011 at 2:30 pm before Judge White. In anticipation of that plea, by his own volition, Mr. Nicholson intends to self-surrender to the United States Marshals Service prior to his change of plea hearing.

///

///

///

///

///

///

1     Accordingly, the parties stipulate and agree that Mr. Nicholson may self-surrender to the United States Marshal Service at any time prior to his change of plea hearing.

    IT IS SO STIPULATED.

 January 28, 2011                     /s
DATED                                                          KEVIN BARRY
                                                                                  Assistant United States Attorney

 January 28, 2011                     /s
DATED                                                          JODI LINKER
                                                                                  Assistant Federal Public Defender

    IT IS SO ORDERED.

 1/28/11 
DATED                                                          JOSEPH C. SPERO
                                                                           United States Magistrate Judge

STIP & [PROPOSED] ORDER TO SELF-
SURRENDER;
*US v. Nicholson,* Case No. CR 10- 328 JSW         2