UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAMART NICHOLSON,<br><br>    Defendant(s). | Case No. CR 10-0328 JSW<br><br>[PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on February 4, 2011, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. a Glock 23 .40 S&W caliber semiautomatic pistol, serial number DLS647;

b. a Glock 23 .40 S&W caliber semiautomatic pistol, serial number FGB243;

c. a Glock 22 .40 S&W caliber semiautomatic pistol, serial number DLN989;

d. a Glock 21 .45 ACP caliber semiautomatic pistol, with the serial number obliterated, altered, and removed;

e. the 9mm and .40 caliber magazines found in the Chevy SUV on April 3, 2010;

f. the gun cases and ammunition, both loose and in boxes found in the Chevy SUV on April 3, 2010; and

     g. $4,000 of the approximately $8,005 in cash seized from 86 Bixbee Street in San Francisco on April 3, 2010,

pursuant to Title 21, United States Code, Sections 853.

     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

     IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

     IT IS SO ORDERED this 20th day of April 2011.

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 10-0328 JSW

2